VIOLET L. ROSEN, Respondent, v. RO-LYN LAKE RANCH, INC., et al., Appellants.— Under the circumstances disclosed, the questions presented are academic. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

JOSEPHINE SINATRA et al., Appellants, v. ELFRIEDE JUNG, Respondent.— The proof adduced presented issues of fact for determination by the jury, and the verdict was not against the weight of the evidence. Nolan, P. J., Carswell and MacCrate, JJ., concur; Adel and Schmidt, JJ., dissent and vote to affirm.

## (January 28, 1952.)

JOHN BISBANO et al., Appellants, v. 42-20 RESTAURANT CORP. et al., Respondents.— Order dated January 7, 1952 (ante, p. 792), denying leave vacated. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

ALEXANDER THOMAS, Respondent, v. LOON LAKE HOTEL, INC., Appellant.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.